UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

LLOYD AKERS                                    :

                                               :        CIVIL #__11-2103____ (RBK)
                     Plaintiff(s),

                                               :

        -vs-                                   :        **ORDER OF DISMISSAL**

                                               :

COLLECTIONS & RECOVERIES, INC.,                :
et al.
                     Defendant(s).             :

-------------------------------------------------------------------

It having been reported to the Court that the above-captioned action has

been settled;

It is on this    17th Day of    June                    ,20 11   ;

**ORDERED** that this action is hereby dismissed without costs and without

prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the

settlement is not consummated.  The terms of the settlement agreement are incorporated herein

by reference and the Court shall retain jurisdiction over such agreement.

_____
HON. ROBERT B. KUGLER, U.S.D.J.

cc:   Hon. AnnMarie Donio, U.S. Magistrate
      Sofia Balile, Esq.
      File